Correction Page *State v. Willis*, No. 30,553 (CcVzBu) filed November 30, 2010. Appellee and Appellant were switched for the two parties.

This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

    Plaintiff-Appellant,

v.                                  **NO. 30,553**

**JUSTIN WILLIS,**

    Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF CHAVES COUNTY**
**Ralph D. Shamas, District Judge**

Gary K. King, Attorney General
Santa Fe, NM
Jacqueline R. Medina, Assistant Attorney General
Albuquerque, NM

for Appellant

Hugh W. Dangler, Chief Public Defender
Susan Roth, Acting Director Appeals Division
Santa Fe, NM

for Appellee

# MEMORANDUM OPINION

**CASTILLO, Judge.**

The State of New Mexico appeals the district court's grant of Defendant's motion to suppress evidence.  On August 30, 2010, this Court filed a notice of proposed summary disposition proposing to affirm. On September 22, 2010, the State filed a notice that it will not file a memorandum in opposition to proposed summary affirmance.

Accordingly, for the reasons set forth in the notice of proposed summary disposition, we affirm the district court.

**IT IS SO ORDERED.**

_____
**CELIA FOY CASTILLO, Judge**

**WE CONCUR:**

_____
**MICHAEL D. BUSTAMANTE, Judge**

Correction Page *State v. Willis*, No. 30,553 (CcVzBu) filed November 30, 2010.  Appellee and Appellant were switched for the two parties.

_____

**LINDA M. VANZI, Judge**